IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAMIAN SCHWARTZMAN, in his capacity as Receiver for Robert Stinson, Jr.; Life's Good, Inc.; Life's Good S.T.A.B.L. Mortgage Fund, LLC; Life's Good High Yield Mortgage Fund, LLC; Life's Good Capital Growth Fund, LLC; IA Capital Fund, LLC; Keystone State Capital Corporation; First Commonwealth Service Company; Susan L. Stinson; Christine A. Stinson; Michael G. Stinson; and Laura Marable,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JANET L. HUTCHISON, also known as LEELA HUTCHISON,<br>　　　　　　Defendant. | CIVIL ACTION<br><br><br><br><br><br><br><br><br><br><br><br><br>No. 11-1349 |

## ORDER

**AND NOW**, this **26th** day of **September**, **2011**, upon consideration of Plaintiff's Motion for Summary Judgment, Defendant's response thereto, and Plaintiff's reply thereon, and for the following reasons, it is hereby **ORDERED** that:

1. The motion (Document No. 15) is **GRANTED** with respect to Plaintiff's fraudulent transfer claim**.**

2. The motion is **DENIED as moot** with respect to Plaintiff's unjust enrichment and equitable accounting claims.

3. Judgment is entered in Plaintiff's favor against Defendant in the amount of $81,586.73, plus pre- and post-judgment interest at the applicable legal rate and court costs.

4. A constructive trust is hereby imposed on Defendant's assets in the amount of $81,586.73, and Defendant is enjoined from transferring or disposing of any

assets pursuant to the Pennsylvania Uniform Fraudulent Transfer Act, 12 Pa. C.S. § 5107.

5. The Clerk of Court is directed to close this case.

BY THE COURT:

**Berle M. Schiller, J.**